UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-03145-MEMF-SP | Date | February 26, 2026 |
|---|---|---|---|
| Title | Dung Duc Luu v. Mark Bowen, et al. | | |

| Present:  The Honorable | Sheri Pym, United States Magistrate Judge | |
|---|---|---|
| Kimberly Carter | None | None |
| Deputy Clerk | Court Reporter/Recorder | Tape No. |

| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
|---|---|
| None | None |

**Proceedings:**     **(In Chambers) Order to Show Cause Why Respondents Failed to Respond to the Petition as Ordered**

On November 21, 2025, petitioner Dung Duc Luu, a federal immigration detainee, filed a Petition for Writ of Habeas Corpus while detained at the U.S. Immigration and Customs Enforcement Processing Center in Adelanto, California, alleging he should be released from immigration custody.  On December 4, 2025, petitioner filed a First Amended Petition.  This court then issued an Order Requiring Response to Amended Petition on December 5, 2025, directing respondents to file a motion to dismiss the First Amended Petition within 21 days or an answer within 30 days.

On December 11, 2025, the court granted in part petitioner's application for a temporary restraining order ("TRO"), ordering, inter alia, that respondents release petitioner from custody.  Following further briefing, on February 12, 2026, the court granted petitioner's motion for a preliminary injunction, ordering: (1) respondents may not re-detain petitioner without timely following the procedures in 8 C.F.R. §§ 241.4(l)(1) and 241.12(i); (2) respondents may not remove petitioner from the country or district until the resolution of the case; and (3) the parties are directed to follow the orders of the magistrate judge with respect to further proceedings.

Although petitioner was granted relief by way of the TRO and preliminary injunction, the requirement that respondents respond to the First Amended Petition remains in place.  Yet more than a month has elapsed since the answer was due and there has been no answer filed by respondents, and nor have respondents requested an extension of time to do so.

Accordingly, respondents are ORDERED to show cause in writing by **March 12,**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES -GENERAL**

| Case No. | 5:25-cv-03145-MEMF-SP | Date | February 26, 2026 |
|----------|----------------------|------|-------------------|
| Title | Dung Duc Luu v. Mark Bowen, et al. | | |

**2026** why they have failed to file an answer to the First Amended Petition in compliance with this court's December 5, 2025 order.  Respondents may discharge this Order to Show Cause by filing, not later than **March 12, 2026**, an answer to the First Amended Petition.